IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                *
                                      *
ANTONIO FILARDI GUZMAN                *    Civil No. 98-1124(SEC)
                                      *
                                      *    Disciplinary Proceedings
**************************************

# ORDER

On January 29, 1998, it came to the attention of this Court that on January 23, 1998, attorney Antonio Filardi Guzmán had been indefinitely suspended from the practice of law by the Supreme Court of Puerto Rico. Accordingly, on February 10, 1998, the Clerk of the Court issued an order pursuant to Local Rule 211.2 instructing attorney Filardi Guzmán to show cause within thirty days why disciplinary action should not be taken against him. **(Docket # 1)**. After the expiration of said term without attorney Filardi Guzmán having complied, the Court granted him an additional ten days to show cause why he should not be disbarred. This time, however, Attorney Filardi Guzmán was forewarned that failure to comply with the Court's order could result in automatic disbarment. **(Docket # 2)**. On April 13, 1998, respondent appeared only to inform that his address had changed. **(Docket # 3)**. Once his address was corrected, the Court issued yet another order instructing him to show cause within thirty days why he should not be disbarred. Respondent was again advised that failure to comply could result in automatic disbarment. **(Docket # 4)**. Finally, on May 27, 1998, Mr. Filardi Guzmán appeared to request an extension of ninety days to comply with the Court's order. **(Docket # 5)**. The Court granted this request. **(Docket # 5, Margin Order)**. Up to this date, however, Mr Filardi Guzmán has failed to show cause why he should not be disbarred.

Local Rule 211.2(A) establishes:



AO 72A
(Rev. 8/82)

**Civil No. 98-1124(SEC)**                                                                 2

When it is shown to the Court that any member of its bar has been suspended or disbarred from practice in any other court of record, or has been guilty of conduct unbecoming a member of the Bar of the Court, the member will be subject to suspension or disbarment by the Court. The member shall be afforded an opportunity to show good cause, within such time as the Court shall prescribe, why the member should not be suspended or disbarred. upon the member's response to the order to show cause, and after hearing, if requested, or upon expiration of the time prescribed for a response, if no response is made, the Court shall enter an appropriate order.

It appearing that respondent has been suspended from the practice of law by the Supreme Court of Puerto Rico, and it further appearing that notwithstanding this Court's leniency respondent has repeatedly failed to show cause why he should not be disbarred, it is hereby **ORDERED** that attorney Antonio Filardi Guzmán be **DISBARRED** and that his name be **STRICKEN** from the rolls of attorneys authorized to practice before this Court.

**SO ORDERED.**

In San Juan, Puerto Rico, this 22 day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge

S/c: Operations Mgr.
Chief Deputy Clerk
Intake Clerks

AO 72A
(Rev. 8/82)