IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                    *
                                          *   Civil No. 98-1124(SEC)
ANTONIO FILARDI GUZMAN                    *
                                          *

**************************************

### ORDER

Having reviewed the decision by the Supreme Court of Puerto Rico disbarring respondent (**Docket # 1**), and upon respondent's consent (**Docket # 7**), the Court hereby **ORDERS** as follows:

that Attorney Antonio Filardi Guzmán be **STRICKEN** from the rolls of attorneys authorized to practice before this Court. Upon entry of this order and the accompanying judgment, this case shall be stricken from the active docket.

**SO ORDERED.**

In San Juan, Puerto Rico, this __11__ day of February, 2000.

SALVADOR E. CASELLAS
United States District Judge

RECEIVED AND FILED
00 FEB 14 PM 1:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

AO 72A
(Rev. 8/82)

