IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                   *
                                         *  Civil No. 98-1124(SEC)
ANTONIO FILARDI GUZMAN                   *
                                         *
*************************************

## JUDGMENT

Pursuant to the order of even date, this case is hereby **DISMISSED**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this _11_ day of February, 2000.

/s/ SALVADOR E. CASELLAS
United States District Judge

RECEIVED AND FILED
00 FEB 14 PM 1:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

AO 72A
(Rev. 8/82)